Dianne C. Kerns, Trustee
Office of Chapter 13 Bankruptcy
PMB #413
7320 N. La Cholla #154
Tucson, AZ 85741
Telephone (520) 544-9094

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| FELICIA R BLUNT | ) | CASE NO.: 15-bk-12197-BMW |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| DEBTOR | ) | |

**NOTICE OF INTENT TO DISMISS CASE FOR
FAILURE TO CONFIRM CHAPTER 13 PLAN OF REORGANIZATION**

**NOTICE IS HEREBY GIVEN**, that an Order Dismissing Case for Failure to Confirm will be filed with the

court without further notice, thirty-five (35) days (30 days to object, plus 5 days to allow for mailing and docket

transmission) from the date of this notice unless one of the following occurs:

1) A properly noticed, proposed, Stipulated Order Confirming Chapter 13 Plan has been received by the

   Trustee;

2) A properly noticed motion to extend time to file a Stipulated Order Confirming Chapter 13 Plan has

   been docketed by the Bankruptcy Court or;

3) A properly noticed motion or notice of conversion to another chapter has been filed with the court.

Dated: 06/03/2016                              /s/ Dianne C. Kerns 011557
                                               _____
                                               Dianne C. Kerns, Esq.
                                               Chapter 13 Trustee

CASE NO.: 15-bk-12197-BMW

A Copy of the foregoing was lodged with the U.S.
Bankruptcy Court electronically, and mailed first class
on June 03, 2016 to:


FELICIA R BLUNT                      ADAM E. HAUF
43968 W GRIFFIS DRIVE                THE LAW OFFICE OF ADAM HAUF
MARICOPA, AZ 85138                   ADOBE POINTE OFFICE PARK
                                     4225 W GLENDALE AVE
                                     PHOENIX, AZ 85051


Submitted by Stefanie Altuna