THIS ORDER IS APPROVED.

Dated: July 21, 2015

*Scott H. Gan, Bankruptcy Judge*

**CLARK LAW OFFICES**
3610 N. 44th Street, Ste. 140
Phoenix, Arizona 85018
Telephone: 602.956.3328
Fax: 602.956.1167
mjc@clarklawaz.com

Mari Jo Clark
State Bar #022842

Attorneys for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re:

Ricardo and Frances Lopez,

Case No.: 4:13-bk-10693-SHG

In Proceedings under Chapter 13

**ORDER GRANTING PAYMENT OF ATTORNEY'S FEES**

Upon Application pursuant to Order Avoiding Lien on Real Property signed on July 7, 2015, and noticed to all parties on July 7, 2015, there being no objection thereto and good cause appearing,

**IT IS HEREBY ORDERED:**

1. That Debtor's counsel will be paid an administrative expense of $1,000.00 by the Chapter 13 Trustee in this matter.

**ORDER SIGNED ABOVE**